

SUTHERLAND ASBILL & BRENNAN LLP
1114 Avenue of the Americas
40th Floor
New York, NY 10036-7703
404.853.8000  Fax 212.389.5099
www.sutherland.com

**Peter Ligh**
DIRECT LINE: 212.383.5029
E-mail: peter.ligh@sutherland.com

December 2, 2013

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *U.S. Commodity Futures Trading Ass'n et al. v. Parnon Energy Inc. et al.*, No. 13-4206; *In re: Crude Oil Commodities Futures Litig.*, No. 13-4263 Scheduling Notification Joinder

Dear Ms. Wolfe:

      I write on behalf of Appellant Castleton Commodities International LLC ("CCI") pursuant to Local Rule 31.2 of this Court. On November 18, 2013, CCI joined in Plains' All American Pipeline LP's ("Plains") motion for expedited appeal and stay pending appeal ("motion") in the above-referenced matters. *See* No. 13-4206, Doc. 37; No. 13-4263, Doc. 22.

      A decision on Plains' pending motion has not yet issued. The Court is scheduled to consider that motion on December 5, 2013. *See* No. 13-4206, Doc. 62; No. 13-4263, Doc. 46. On November 27, 2013, Plains' filed a scheduling notification with the Court, informing that Court that, in the event that the Court denies Plains' request for expedited briefing, Plains accepts, in the alternative, the default 40-day deadline in Local Rule 31.2(a)(1)(A). *See* No. 13-4206, Doc. 86; No. 13-4263, Doc. 75. This letter notifies the Court that CCI joins in Plains' November 27, 2013 briefing notification, and accepts the briefing schedule set forth therein.

      Please do not hesitate to contact me should you have any questions. Thank you for your attention to this matter.

                              Respectfully submitted,

                              /s/ *Peter Ligh*_____
                              Peter Ligh
                              *Counsel for Castleton Commodities International LLC*

ATLANTA        AUSTIN        HOUSTON        NEW YORK        SACRAMENTO        WASHINGTON DC